FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES KINSEY,

    Plaintiff,

  v.

BENTON COUNTY, et al.,

    Defendants.

NO. CV-14-5069-LRS

**ORDER OF DISMISSAL**

On March 17, 2015, the court issued an order (ECF No. 6) directing the Plaintiff to show cause in writing why this action should not be dismissed for his failure to prosecute the same. Because Plaintiff has not responded within the time allowed, the captioned action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide a copy to Plaintiff and to counsel of record for Defendant Benton County. The file shall be **CLOSED**.

**DATED** this   4th   day of June, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior United States District Judge

**ORDER OF DISMISSAL- 1**